IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| BRIAN ADONIS ISLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 325-040 |
| ) | |
| OFFICER JAMES HARRIS; RIVERBEND ) | |
| CORRECTIONAL AND ) | |
| REHABILITATION FACILITY; and GEO, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Plaintiff filed this case in the Dublin Division of the Southern District of Georgia even though the actions complained of were allegedly taken against Plaintiff by Defendants while he was housed at Riverbend Correctional Facility located in Milledgeville, Georgia. As Milledgeville is located in Baldwin County in the Middle District of Georgia, the proper venue is the Macon Division of that District Court. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District. For Plaintiff's information, the mailing address for future filings in the Middle District of Georgia is: Clerk, U.S. District Court, P.O. Box 128, Macon, GA 31202.

SO ORDERED this 15th day of April, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA